UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MEAGAN HARRIS-FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-72-HSM-SKL |
| | ) | |
| UNITED OF OMAHA LIFE INSURANCE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court are several motions for judgment filed by Plaintiff Meagan Harris-Frye ("Plaintiff") [Docs. 24, 27, & 29], as well as supporting memoranda, affidavits, and statements of material facts. These motions and their supporting documents appear to contravene items seven and eight of the judicial preferences of the presiding judge in this case.[1] Plaintiff is **DIRECTED** to consolidate and refile, so that she is in compliance with these judicial preferences as well as the Local Rules, within **5 days** of the entry of this Order. Plaintiff's revised filings will be deemed a replacement for the incorrectly filed documents noted above.

SO ORDERED.

ENTER:

                                                           s/ *Susan K. Lee*
                                                         SUSAN K. LEE
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Judicial Preferences of Harry S. Mattice, Jr., United States District Judge, *available at* http://www.tned.uscourts.gov/preferences.php?judge=3.